

FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 03 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 15-0351                    DATE: 7/31/2015
    COA #: 12-14-00157-CV      TC#: JV-3647-AA
STYLE: IN THE MATTER OF D.A.B., A JUVENILE


Today the Supreme Court of Texas denied the
petition for review in the above-referenced case.



MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX  75702